UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-cv-24640-UU

VAD KOZARIN,

    Plaintiff,

v.

SOBE USA, LLC, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice. D.E. 20.

THE COURT, being fully advised of the premises, hereby

ORDERS AND ADJUDGES that the Settlement Agreement (D.E. 20-1) is APPROVED, the Motion is GRANTED (D.E. 20), and that this action is DISMISSED WITH PREJUDICE, with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this _13th_ day of April, 2016.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record